COPY

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. BRYANT FEYLER | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 98 CR 61-P-C | 2004M0510RBC | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) Petition

charging a violation of xxx~~18 X 2~~xx supervised release

**DISTRICT OF OFFENSE**

Maine at Portland

**DESCRIPTION OF CHARGES:**

Violation of supervised release

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Defendant elected to have preliminary hearing in the District of Maine

**Representation:** Federal Defender

**Interpreter Required?** ☒ No  ☐ Yes  Language:

**DISTRICT OF** Massachusetts

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

OCT 1 5 2004
Date

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
~~United States District~~ United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |