UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)   MJ
v. ) ~~CRIMINAL~~ NO.
)   2004 M 0510 RBC
BRYANT FEYLER )
)

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Susan Williams, Deputy United States Marshal, do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon personal knowledge coming to me in connection with my official duties, on October 14, 2004, there was issued a warrant of arrest for one Bryant Feyler in the United States District Court for the District of Maine for a violation of supervised release pursuant to Title 18, United States Code, Section 3606. I do hereby make oath that on this date I executed said warrant by arresting Bryant Feyler in the District of Massachusetts.

_____
Susan Williams
Deputy United States Marshal

Subscribed and sworn to before me this fifteenth day of October, 2004.

_____
ROBERT B. COLLINGS
United States Magistrate Judge

1